Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and LINN, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**BOYD'S BIT SERVICE, INC.,**
**Plaintiff–Appellee,**

v.

**SPECIALTY RENTAL TOOLS & SUP-PLY, INC. (now known as Specialty Tools & Supply, L.P.), Defendant–Appellant.**

**No. 04–1621.**

United States Court of Appeals, Federal Circuit.

June 10, 2005.

**In re Samuel HOLCMAN.**

**No. 04–1585.**

United States Court of Appeals, Federal Circuit.

June 10, 2005.

Rehearing En Banc Denied July 27, 2005.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and LINN, Circuit Judge.

352 

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.